UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-60555-CIV-JORDAN

| | |
|---|---|
| KELLY HARTNETT and CHERRY HARTNETT | ) ) |
| Plaintiffs | ) ) |
| vs. | ) |
| ROY A. SCIACCA | ) ) |
| Defendant | ) |

**FINAL JUDGMENT**

The plaintiffs have certified that Roy Sciacca failed to make the payments required by the parties' settlement agreement [D.E. 47-6].

Accordingly, pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Kelly Hartnett and Cherry Hartnett and against Roy Sciacca in the amount of $250,000, for which let execution issue. Post- judgment interest shall accrue pursuant to 28 U.S.C. § 1961. The plaintiffs shall file any motions to tax fees and costs by no later than April 23, 2009.

This case remains CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of April, 2010.

/s/ Adalberto Jordan
Adalberto Jordan
United States District Judge

Copy to: All counsel of record